UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CLEMONS,<br><br>　　　　　Plaintiff,<br>vs.<br><br>DELTA AIR LINES, INC, a Delaware Corporation; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01301-TLN-CKD<br><br>ORDER ON STIPULATION REGARDING MEDIATION AND EXTENSION OF EXPERT DISCOVERY AND TRIAL READINESS REPORT DEADLINES |

　　　　Having read and considered the stipulation of the parties, and good cause appearing, the Court extends the expert discovery and trial readiness report deadlines as follows to facilitate a meaningful mediation process.

　　　　IT IS HEREBY ORDERED that:

　　　　　　1.　　The deadline for disclosure of expert witnesses shall be extended from June 17, 2022, to August 19, 2022;

　　　　　　2.　　The deadline for disclosure of rebuttal experts shall be extended from July 18, 2022, to September 16, 2022; and

///

///

1

3. The deadline for filing a joint notice of trial readiness if no dispositive motion is to be filed shall be extended from August 16, 2022, to October 14, 2022; and

4. Counsel shall complete all discovery of expert witnesses in a timely manner in order to comply with the Court's October 14, 2022, deadline for filing dispositive motions.

SO ORDERED.

Dated: May 23, 2022

Troy L. Nunley
United States District Judge